

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number: 01-18-00039-CV

Trial Court Cause
Number: 2016-36300

Style: Mark Hotze, Steven Hotze, Richard Hotze and Troika Partners, et al

**v** David Hotze, Donna Hotze as Trustee, and Bruce Hotze

Date motion filed*: September 20, 2018

Type of motion: Appellants' Emergency Motion to Expedite the Mandate

Party filing motion: Appellants Mark Hotze, Steven Hotze, Richard Hotze, and Troika Partners

Document to be filed: n/a

Is appeal accelerated? ☒ YES ☐ NO

Ordered that motion is:

☒ Granted

If document is to be filed, document due:

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

The Clerk of the Court is directed to issue the mandate immediately.

Judge's signature: /s/ Jennifer Caughey
☐ Acting individually    ☒ Acting for the Court

Panel consists of    Justices Higley and Caughey. Justice Brown not participating.

Date: September 26, 2018